**Motion GRANTED AND Order filed October 17, 2016.**



In The

# 𝔉ourteenth 𝔠ourt of 𝔄ppeals

———————

## NO. 14-16-00804-CV

———————

### IN RE DONNA O. JAHN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-31372**

---

## ORDER

On October 10, 2016, relator Donna O. Jahn filed a petition for writ of mandamus asking this court to compel the Honorable Caroline Baker, Judge of the 295th District Court, in Harris County, Texas, to vacate her Order denying relator's Amended Plea to the Jurisdiction signed on August 5, 2016 in trial court number 2010-31372, styled *Comerica Bank v. Sidmar Corporation and Donna O. Jahn*. On

July 22, 2016, the trial court signed a scheduling order resetting the case for trial on November 7, 2016. Relator's petition argues that the Order signed by the trial court on November 26, 2013 was a final appealable judgment and the trial court's plenary jurisdiction therefore expired before it reset the case for trial on November 7, 2016.

Relator has also filed an Emergency Motion for Temporary Relief, asking our court to stay the trial set for November 7, 2016 pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the trial set for November 7, 2016 in trial court cause number 2010-31372, *Comerica Bank v. Sidmar Corporation and Donna O. Jahn,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Comerica Bank, the real party-in-interest, to file a response to the petition for writ of mandamus on or before October 31, 2016**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.